UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEROME BANKS; ROBERTA BANKS,<br><br>　　　　Defendants. | No.  2:15-cv-0644 TLN DAD PS<br><br><br>ORDER |

　　　　By Notice of Removal filed March 23, 2015, this unlawful detainer action was removed from the San Joaquin County Superior Court.  Defendants are proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On April 17, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed April 17, 2015 (ECF No. 8) are adopted in full;
2. This action is summarily remanded to the San Joaquin County Superior Court; and
3. This case is closed.

IT IS SO ORDERED.

Dated: June 2, 2015

Troy L. Nunley
United States District Judge

/USbank0644.jo